IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERTO SALTO-TORRES, | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| vs. | : | 1:08-CR-00264-CC-RGV-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:13-CV-01885-CC |
| Respondent. | : | |

## **ORDER**

This matter is before the Court on the Final Report and Recommendation [Doc. No. 107] ("R&R") issued by Magistrate Judge Russell G. Vineyard on June 26, 2013. In the R&R, Magistrate Judge Vineyard recommends that the Court dismiss Petitioner's pro se Motion to Vacate, Set Aside, or Correct His Sentence [Doc. No. 106] because it is time-barred under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Magistrate Judge Vineyard also recommends that the Court deny Petitioner a certificate of appealability. The record reflects that no objections to the R&R have been filed and that the time period for filing objections has elapsed.

After reviewing the R&R for plain error according to United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the R&R is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Final Report and Recommendation [Doc. No. 107] as the order of this Court and **DIRECTS** the Clerk of Court to close this case.

SO ORDERED this 22nd day of July, 2013.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE